Dean B. Herman (SBN 076752)
Sabrina Kong (SBN 168951)
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel:  (213) 955-7700; Fax:  (213) 955-7725
E-mail:  Dean.Herman@mendes.com;
         Sabrina.Kong@mendes.com

Attorneys for Plaintiff
MARYLAND CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, a Maryland Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OLGA GONZALEZ, an individual, HECTOR GONZALEZ, an individual, OLGA AND HECTOR GONZALEZ dba G & CO, G & COMPANY, INC., a California corporation, GABRIEL PASCUAL, an individual, DANIEL REYNA, an individual, KYLE KOETSIER, an individual, EMMERSON VALDIVIESO, an individual,<br><br>Defendants. | Case No.: 1:10 CV 02242 OWW-JLT<br><br>Hon. Oliver W. Wanger<br><br>**STIPULATION AND ORDER RE RESPONSE DATE**<br><br>**Complaint Filed:** December 8, 2010<br>**Trial Date:** None |

**WHEREAS,** Plaintiff Maryland Casualty Company ("Maryland Casualty") contends that it properly filed and served the summons and complaint in this action on defendants Emmerson Valdivieso ("Emmerson") and Daniel Reyna ("Daniel") on December 13, 2010 and December 15, 2010, respectively;

**WHEREAS,** Maryland Casualty filed the proofs of service of the summons and complaint as to Emmerson and Daniel on or about January 12, 2011;

**WHEREAS,** Emmerson and Daniel's counsel contends that service was not proper on defendants Emmerson and Daniel;

**WHEREAS,** defendant Kyle Koetsier ("Kyle") has not been served as of January 25, 2011;

**WHEREAS,** Michael Manapol, Esq. of the Law Offices of Brian D. Witzer, Inc., counsel for Emmerson, Daniel and Kyle ("Counsel"), represented to Maryland Casualty's counsel that he is authorized to accept service on behalf of the three defendants;

**THE PARTIES AGREE AS FOLLOWS:**

1. Counsel accepts service of the summons and complaint in this action on behalf of defendants Emmerson, Daniel and Kyle as of January 25, 2011;

2. Counsel already received a copy of the summons and complaint, and Maryland Casualty will not need to provide/retransmit a copy of same to Counsel;

3. Counsel agrees to answer or otherwise respond to the complaint on behalf of Emmerson, Daniel and Kyle no later than February 15, 2011.

Dated:  January 26, 2011				MENDES & MOUNT, LLP


						By: /s/DEAN B. HERMAN
						    Dean B. Herman
						    Sabrina Kong
						    Attorneys for Plaintiff Maryland Casualty Company

Dated:  January 26, 2011				LAW OFFICES OF BRIAN D. WITZER, INC.


						By: /s/ MICHAEL MANAPOL
						    Michael Manapol
						    Attorneys for Defendants Emmerson Valdivieso, Daniel
						    Reyna and Kyle Koetsier

///

///

///

### ORDER

**IT IS HEREBY ORDERED** that:

Defendants Emmerson Valdivieso, Daniel Reyna and Kyle Koetsier will answer or otherwise respond to the complaint no later than February 15, 2011.

IT IS SO ORDERED.

Dated:   **January 27, 2011**                            **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE

---

STIPULATION AND ORDER RE RESPONSE DATE
Case No. 1:10 CV 02442 OWW-JLT