Dean B. Herman (SBN 076752)
Sabrina Kong (SBN 168951)
Jefferson Shelton (SBN 255202)
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel:  (213) 955-7700; Fax:  (213) 955-7725
E-mail:  Dean.Herman@mendes.com;
         Sabrina.Kong@mendes.com
         Jefferson.Shelton@mendes.com

Attorneys for Plaintiff
MARYLAND CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, a Maryland Corporation<br><br>            Plaintiff,<br><br>    vs.<br><br>OLGA GONZALEZ, an individual, HECTOR GONZALEZ, an individual, OLGA AND HECTOR GONZALEZ dba G & CO, G & COMPANY, INC., a California corporation, GABRIEL PASCUAL, an individual, DANIEL REYNA, an individual, KYLE KOETSIER, an individual, EMMERSON VALDIVIESO, an individual,<br><br>            Defendants. | Case No.:  1:10 CV 02242 OWW-JLT<br><br>Hon. Oliver W. Wanger<br><br>**ORDER RE STIPULATION RE CONTINUANCE OF SCHEDULING CONFERENCE**<br><br><br><br>**Complaint Filed:**   December 8, 2010<br>**Trial Date:**          None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that in consideration of the Stipulation Re Continuance of Scheduling Conference filed on April 29, 2011 and **GOOD CAUSE APPEARING THEREOF:**

///

---

ORDER RE STIPULATION RE CONTINUANCE OF SCHEDULING CONFERENCE
Case No. 1:10 CV 02442 OWW-JLT

**IT IS HEREBY ORDERED** that:

1. The June 2, 2011 Scheduling Conference be continued to August 5, 2011 after the Court's ruling on Maryland Casualty's Motion for Summary Judgment/Adjudication currently set for hearing on June 6, 2011.

IT IS SO ORDERED.

Dated:   **May 2, 2011**               **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE