IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY COMPANY,<br>a Maryland corporation,<br><br>               Plaintiff,<br><br>      v.<br><br>OLGA GONZALEZ, et al.,<br><br>               Defendants. | NO. 1:10-CV-02242 AWI JLT<br><br>ORDER VACATING<br>NOVEMBER 14, 2011 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

   Plaintiff's motion for reconsideration has been set for hearing in this case on November 14, 2011.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 14, 2011, is VACATED, and the parties shall not appear at that time.  As of November 14, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 10, 2011                                 _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE